# UNITED STATES COURT OF APPEALS
## For the Fifth Circuit

---

No. 01-10088

---

In the Matter Of: ABSOLUTE RESOURCE CORPORATION,

Debtor.

ABSOLUTE RESOURCE CORPORATION,

Appellant,

VERSUS

BANC ONE LEASING CORPORATION; ROBERT E. KEAVENY,

Appellees.

---

Appeal from the United States District Court
For the Northern District of Texas
Dallas Division

---

(3:97-CV-1361-T)

January 4, 2002

Before GARWOOD, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.